IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JONI S. TEAGUE                                                            PLAINTIFF

v.                            1:16CV00153-JM

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration,                                  DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections filed by Ms. Teague, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

DATED this 28th day of June, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE